```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                          AT DANVILLE, VA
                                                               FILED
```

IN THE UNITED STATES DISTRICT COURT    MAY 18 2006
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION    JOHN F. CORCORAN, CLERK
BY: H. McDonald
DEPUTY CLERK

| | |
|---|---|
| MARTIR A. SOLISLARA, | ) |
|     Plaintiff, | )    Civil Action No. 7:06-cv-00281 |
| | ) |
| v. | )    **FINAL ORDER** |
| | ) |
| GENE JOHNSON, et al., | )    By: Hon. Jackson L. Kiser |
|     Defendants. | )    Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This 18th day of May, 2006.

                                                                  /s/ Jackson L. Kiser
                                                                  Senior United States District Judge

Dockets.Justia.com