CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RW

MAY 1 8 2006

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MARTIR A. SOLISLARA, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06-cv-00281 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other

pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This 18th day of May, 2006.

Senior United States District Judge